No. 1246.   Wall Wire Products Co. *v.* Walling, Wage & Hour Administrator.   May 19, 1947.   Petition

for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Samuel B. Fortenbaugh, Jr.* and *John R. Young* for petitioner. *Acting Solicitor General Washington, William S. Tyson, Bessie Margolin* and *Morton Liftin* for respondent.